UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-20540 CIV-SEITZ/BANDSTRA

BURGER KING CORPORATION,
        Plaintiff,

vs.

LUMBERMENS MUTUAL CASUALTY
COMPANY,
        Defendant.
_____/

### LUMBERMENS MUTUAL CASUALTY COMPANY'S NOTICE OF FILING AFFIDAVIT OF TODD S. SCHENK IN SUPPORT LUMBERMENS MUTUAL CASUALTY COMPANY'S OPPOSITION TO CERTAIN OF BURGER KING CORPORATION'S UNDISPUTED MATERIAL FACTS AND IN FURTHER SUPPORT OF LUMBERMENS MOTION FOR SUMMARY JUDGMENT

Defendant, LUMBERMENS MUTUAL CASUALTY COMPANY ("LUMBERMENS"), by and through its undersigned counsel, hereby gives notice of filing the Affidavit of Todd S. Schenk in Support of Lumbermens Mutual Casualty Company's Opposition to Certain of Burger King Corporation's Undisputed Material Facts and in Further Support of Lumbermens Motion for Summary Judgment.

        Respectfully submitted,

        BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

        _____
        LAUREN D. LEVY
        Florida Bar No.: 0116490
        Brickell Bayview Center
        80 S. W. 8th Street, Suite 3300
        Miami, FL. 33130
        Tel: (305) 416-9998
        Fax: (305) 416-6848
        *Attorney for Defendant*



*CASE NO.: 04-20540 CIV-SEITZ/BANDSTRA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via U. S. Mail this \_\_\_\_\_ **day of April, 2005** to:

Michael D. Joblove, Esq.
Nina Kersh, Esq.
Genovese Joblove & Battista, P.A.
Bank of American Tower
36th Floor
100 Southeast Second Street
Miami, FL. 33131
Fax No.: (305) 349-2310

Kathy J. Maus, Esq.
Butler Pappas Weihmuller Katz Craig, LLP
3600 Maclay Blvd., Suite 101
Tallahassee, FL. 32312
Fax No.: (850) 894-4999

Todd S. Schenk (admitted *pro hac vice*)
Kathleen A. Sweitzer (admitted *pro hac vice*)
Erin J. Majka (admitted *pro hac vice*)
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL. 60606
Fax No.: (312) 627-1717

_____
LAUREN D. LEVY

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO: 04-20540 CIV-SEITZ/BANDSTRA

BURGER KING CORPORATION,

          Plaintiff,

vs.

LUMBERMENS MUTUAL CASUALTY
COMPANY,

          Defendant.
_____/

**AFFIDAVIT OF TODD S. SCHENK IN SUPPORT OF LUMBERMENS MUTUAL
CASUALTY COMPANY'S MEMORANDUM IN OPPOSITION TO BURGER
KING CORPORATION'S MOTION TO STRIKE SPECIFIC PARAGRAPHS
OF THE AFFIDAVIT OF TODD S. SCHENK IN SUPPORT OF
LUMERMENS MUTUAL CASUALTY COMPANY'S
SUMMARY JUDGMENT MOTION**

I, Todd S. Schenk, hereby state under oath as follows:

1. On September 21, 2001, I reviewed the litigation file of Dennis Levasseur ("Levasseur"), counsel for Burger King Corporation ("BKC") in the lawsuit between LaVan Hawkins and his companies and BKC in the United States District Court for the Eastern District of Michigan ("Hawkins Lawsuit"), to obtain information relevant to the dispute between BKC and Lumbermens Mutual Casualty Company ("LMC") at issue in this matter.

2. Levasseur represented to me at the time of my review of the litigation file that the documents presented to me for review constituted his complete litigation file for the Hawkins lawsuit as it was kept in the ordinary course of business.

3. During the review of Levasseur's litigation file, I marked documents that were to be copied and sent to me by Levasseur.

1

4. On September 27, 2001, I received copies of the documents that I had reviewed in Levasseur's litigation files and asked to have copied and sent to me.

5. Two of the documents that I received on September 27, 2001 have been bates labeled as LMC01099-LMC01102 and LMC01103-LMC01106.

6. LMC01099-LMC01102 is Exhibit 12 to the Affidavit of Todd S. Schenk in Support of Motion for Summary Judgment ("Schenk Affidavit").

7. LMC01103-LMC01106 is Exhibit 15 to the Schenk Affidavit.

8. Pursuant to Federal Rule of Evidence 902(11), I am qualified to authenticate Exhibits 12 and 15 to the Schenk Affidavit. I received Exhibits 12 and 15 from Levasseur after review of his litigation file as it was kept in the ordinary course of business – in other words, from his (and by extension BKC's) business records. Based upon representations made to me by Levasseur, I believe the litigation file contained documents that were (1) made at or near the time of the occurrence of the matters set forth therein by a person with knowledge of those matters, (2) kept in the regular course of business, and (3) of the type made through regularly conducted activity as a regular practice.

9. On November 3-4, 2004, I reviewed the documents produced by BKC to LMC in this matter at BKC's offices in Miami, Florida.

10. BKC represented to me at the time of my review of BKC's document production that the documents I reviewed were BKC's business records.

11. During the review of BKC's document production, I marked documents that were to be copied and sent to me by BKC.

12. One of the documents that I marked to be copied and which was sent to me was bates labeled BK2861-BK2864.

2

13. BK2861-BK2864 is Exhibit 13 to the Schenk Affidavit.

14. Pursuant to Federal Rule of Evidence 902(11), I am qualified to authenticate Exhibit 13 to the Schenk Affidavit. I received Exhibit 13 from BKC after review of BKC's business records as the records were kept in the ordinary course of business. Based upon representations made to me by BKC, I believe the document which I obtained from BKC was (1) made at or near the time of the occurrence of the matters set forth therein by a person with knowledge of those matters, (2) kept in the regular course of business, and (3) of the type made through regularly conducted activity as a regular practice.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Todd S. Schenk

Subscribed and sworn to before me
this 22nd day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Chris Jarvis
Notary Public, State of Illinois
My Commission Exp. 02/19/2006

3